UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA LIMA, ET AL,

Plaintiffs,

-against-

RAPHAEL RASHID, ET AL.,

Defendants.

26 CIVIL 05939 (LLS)

# CIVIL JUDGMENT

For the reasons stated in the October 8, 2026, order, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3).

SO ORDERED.

Dated: October 13, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge